494

November 8, 1978

395 A.2d 1019

Borland v. Heather Apartments, Inc., Appellant, et al.

Submitted November 14, 1977. Thomas J. Ridge, for appellant; Robert W. McFate, for appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1020

Commonwealth v. Byrd, Appellant.

Submitted April 10, 1978. Paulette J. Balogh, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.